IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RONALD VINCENT WILLIAMS )<br>a/k/a Ronnie Williams, )<br>   ) <br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>R.N. MS. WILSON, et al., )<br>   )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:16cv684-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that defendants filed false claims for federal funds for care not provided, and complaining that he was denied medical treatment in retaliation for filing a grievance against defendants. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of December, 2016.

                               /s/ Myron H. Thompson  
                               **UNITED STATES DISTRICT JUDGE**